UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00176-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Vs. | ) | ORDER |
| **ASHLEY ANN MAY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a motion (#64) from defendant asking this court to issue an Order directing the Bureau of Prisons to place her at "Dove's Nest Rehabilitation Center at Her 10% Date." Once a defendant matriculates into the prison system, determinations as to housing and placement are, however, within the sound discretion of the Bureau of Prisons and do not reside with the sentencing court. Defendant is encouraged to bring her concerns to the attention of her counselor within the Bureau of Prisons.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from this court in her motion (#64), such relief is denied as this court lacks authority to grant the requested relief.

Signed: June 1, 2018



Max O. Cogburn Jr.
United States District Judge